IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LACHONNE BELL**                                                                  **PLAINTIFF**

5:10CV00086 JMM

**ALLSTATE LIFE INSURANCE COMPANY**
**and SEARS ROEBUCK & COMPANY**                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 8th day of April, 2011.

_____
James M. Moody
United States District Court