**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LACHONNE BELL**                                                                    **PLAINTIFF**


**v.**                                      **5:10CV00086 JMM**


**ALLSTATE LIFE INSURANCE COMPANY**
**and SEARS ROEBUCK & COMPANY**                                    **DEFENDANTS**


**ORDER**

Pending is the Motion to Withdraw and for Assessment of Out-Of-Pocket Expenses of

Appointed Counsel filed by counsel for Lachonne Bell. (#41).  For good cause shown, the motion

is GRANTED.  Mr. Barron is relieved as counsel for the Plaintiff.  Having  considered the

application for assessment of out-of-pocket expenses pursuant to the guidelines and policies of

the Library Fund, the motion is granted and the Court orders the Clerk of the Court to disburse

money from the Library Fund in the amount of  $52.92 and to distribute it to the named

applicant.   A copy of this Order, together with the application, shall be placed in the Library

Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED THIS 22nd day of April, 2011.



James M. Moody
United States District Court.